FILED-CLERK
U.S. DISTRICT COURT

05 AUG 18 PM 1: 43

TX EASTERN-MARSHALL

BY_____

UNITED STATES DISTRICT COURT EASTERN DISTRICT OF TEXAS, MARSHALL DIVISION

| | |
|---|---|
| **DIGITAL CHOICE OF TEXAS, LLC** <br><br> Plaintiff/Petitioner <br><br> vs. <br> **SICHUAN CHANGHONG ELECTRIC CO., LTD., ET AL.,** <br><br> Defendant/Respondent | Hearing Date: <br><br> CAUSE NO. <br> **2-05CV-195** <br><br><br> AFFIDAVIT OF SERVICE OF: <br> **SUMMONS IN A CIVIL CASE;ATTACHMENT A; PLAINTIFF'S ORIGINAL COMPLAINT;CIVIL COVER SHEET;PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT** |

The undersigned, being first duly sworn, on oath deposes and says: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, has the authority to serve pleadings in the State named below, and is competent to be a witness therein

Came to hand on the 2nd day of June, 2005 at 2 o'clock P M.

On the **26th day of May, 2005, at 4:28 PM**, at the address of **1606 W LOCKNESS Place, TORRANCE, Los Angeles County, CA** ; this affiant served the above described documents upon **DESAY A&V (USA), INC.**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **AGNES WAN, PERSON AUTHORIZED TO ACCEPT SERVICE (F/O, 5'4, 135, 45, BLK HAIR, BRN EYES, GLASSES)**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Affiant hereby states under penalty of perjury under the laws of the State of California that the statement above is true and correct

_Jackie Brazeal_
**JACKIE BRAZEAL, Reg. # 476, KERN**

SUBSCRIBED AND SWORN to before me this 2nd day of June, 2005

_____
NOTARY PUBLIC in and for the State of **California**

VINCENT JACK STALEY
COMM. #1420354
Notary Public-California
KERN COUNTY
My Comm. Exp. May 26, 2007

ABC's Client Name
**Monts & Ware, LLP (PFI)**
**2-05CV-195**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3669150**