IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| DIGITAL CHOICE OF TEXAS, LLC | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:05-CV-195-TJW |
| | § | JURY TRIAL |
| | § | |
| SICHUAN CHANGHONG ELECTRIC CO., LTD., | § | |
| | § | |
| ET AL. | § | |
| Defendants | | |

## DEFENDANT DESAY A&V (USA), INC.'S CORPORATE DISCLOSURE STATEMENT

Defendant Desay A&V (USA), Inc. ("Desay") files this Corporate Disclosure

Statement pursuant to Fed.R.Civ. P. 7.1.  Desay is a closely held corporation.

Respectfully submitted,

Date: November 8, 2005
        /s/   Robert R. Roby
Robert R. Roby (Attorney-in-Charge)
State Bar No. 17118800
Gwinn & Roby, LLP
4100 Renaissance Tower
1201 Elm Street
Dallas, Texas 75270
Tel: (214) 698-4198
Fax: (214) 747-2904
Email: Rroby@gwinnroby.com

and

Dennis G. Martin (CA SB #54060)
Willmore F. Holbrow, III (CA SB #169688)
Blakely, Sokoloff, Taylor & Zafman, LLP
12400 Wilshire Boulevard, Suite 700
Los Angeles, California 90025
Tel: (310) 207-3800
Fax: (310) 820-5988

Attorneys for Defendant,
Desay A&V (USA), Inc.

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically on the 8th day of November, 2005, in compliance with Local Rule CV-5(a) and has been served on all counsel who have consented to electronic service and all other counsel by regular mail.

        /s/   Robert R. Roby
ROBERT R. ROBY